# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTRONETTE DEON NEAL, | Case No. 18-CV-3022-PJS-SER |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN NANETTE BARNES, | |
| Respondent. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. (ECF No. 4). No objections to the Report and Recommendation were filed within the requisite time period. Therefore, **IT IS HEREBY ORDERED** that: Petitioner Antronette Deon Neal's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (ECF No. 1), is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Date: March 7, 2019

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge
District of Minnesota